644

Fuso Marine & Fire Insurance Company, Ltd., of Tokio, Japan, appellee, v. R. N. Crawford, trading as R. N. Crawford & Company, appellant. Gen. No. 32,327.

Opinion filed March 26, 1928.
Eastman, White, Hawxhurst & Lind, for appellant. Hoyne, O'Connor & Rubinkam, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Mazeppa Scott Edmunds et al. Mazeppa Scott Edmunds, appellant, v. Walter M. Farmer, appellee. Gen. No. 32,336.

Opinion filed March 26, 1928.
Harry S. Greenstein, for appellant. Wendel E. Green, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

The Union Trust Company, administrator of the estate of William George, deceased, appellant, v. The Chicago, Aurora & Elgin Motor Lines, appellee. Gen. No. 32,345.

Opinion filed March 26, 1928.
Bradley, Williams, Harper & Farrell and Fred A. Gariepy, for appellant. No appearance for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Frank S. Oliverio, appellee, v. Ralph Sollitt & Sons Construction Company and John Behrmann, Inc., appellants. Gen. No. 32,365.

Opinion filed March 26, 1928.
Jesse Marcus, for appellants. John D. Farrell, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.